UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE MEDLEY,

       Plaintiff,

  v.

S. PFITZER, et al.,

       Defendants.

No.  2:22-cv-00227 TLN DB P

ORDER

      Plaintiff Theodora Medley is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On February 3, 2022, this case was transferred to this court from the United States District Court for the Central District of California by order of Magistrate Judge Margo A. Rocconi.  (ECF No. 64.)  This court dismissed the two complaints in this action and directed plaintiff to file an amended complaint.  (ECF No. 72.)  Plaintiff has now filed a motion for an extension of time to file an amended complaint. (ECF No. 80.) This motion also contains requests copies of documents on the docket and for advice regarding claims he wishes to bring.  (ECF No. 80.)

      Plaintiff's requests that he be provided with the copies of the prior complaints filed in this action.  (Id. at 2.)  Plaintiff appears to argue that he should be given copies as he is proceeding in forma pauperis.  (Id.)  In forma pauperis status does not include the cost of copies.  See Jones v.

1

1   <u>Kuppinger</u>, 2018 WL 1116692, *1 (E.D. Cal. 2018); <u>Medina v. Emard</u>, 2008 WL 4472972, *1

2   no.1 (E.D. Cal. 2008).  The Clerk's Office will provide copies of documents and of the docket

3   sheet at $0.50 per page.  However, as a one-time courtesy to plaintiff, the court will order

4   petitioner be provided with copies of the complaint portion of plaintiff's First Amended

5   Complaint and Supplemental Pleading.

6          Plaintiff also appears to request guidance regarding an Eleventh Amendment claim he

7   wishes to bring.  (<u>See</u> ECF No. 80 at 5-7.)  The court cannot provide legal advice to plaintiff.

8   Plaintiff is advised to refer to the courts February 11, 2022 order (ECF No. 72) for general

9   information about what must be included in a complaint and a summary of a few claims which

10  can be brought under 28 U.S.C. § 1983.

11         Finally, plaintiff moves an extension of time to file an amended complaint.  (ECF No. 80

12  at 7.)  Plaintiff states that he presently has "no [access to the] law library" and that needs

13  additional time to prepare an amended complaint.  Good cause appearing, plaintiff's request for

14  an extension of time will be granted.

15  ////

16  ////

17  ////

18  ////

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

2

1                                            **CONCLUSION**

2              For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED as

3     follows:

4          1.  Plaintiff's motion for an extension of time (ECF No. 80) is granted.

5          2.  Plaintiff is granted sixty days from the date of this order in which to file a second

6              amended complaint.

7          3.  Along with this order, the Clerk of the Court is directed to send plaintiff a copy of:

8                 •   The complaint portion (pages 1-21) of the First Amended Complaint (ECF No.

9                     10); and

10                •   The complaint portion (pages 1-14) of the Supplemental Pleadings (ECF No. 60).

11    DATED: May 18, 2022

12

13

14                                                        _____
                                                          DEBORAH BARNES
15                                                        UNITED STATES MAGISTRATE JUDGE

16

17

18    DB:14
      DB/DB Prisoner Inbox/Civil Rights/R/medl0227.request
19

20

21

22

23

24

25

26

27

28

                                                    3