CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Ave., Bldg. TB-30
Davis, CA 95616
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff,
 Theodora Medley

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

THEODORA MEDLEY,

          Plaintiff,

vs.

S. PFITZER, ET AL.,

         Defendants

Case No. 2:22-CV-00227-DJC-DB

**[~~PROPOSED~~ ORDER] TO EXTEND TIME TO FILE AMENDED COMPLAINT**

     On this day came on to be considered the parties' stipulation to extend the time for Plaintiff to file the Amended Complaint, and the Court, having found good cause, does hereby

     ORDER that the deadline for filing the Amended Complaint is extended by an additional 45 days. Plaintiff shall file the Amended complaint on or before April 5, 2024.

DATED: February 21, 2024

DLB7
medl0227.36ac

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE