CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Ave., Bldg. TB-30
Davis, CA 95616
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff,
 Theodora Medley

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THEODORA MEDLEY, | Case No. 2:22-CV-00227-DJC-DB |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED ORDER] TO EXTEND TIME TO FILE AMENDED COMPLAINT** |
| S. PFITZER, ET AL., | |
| Defendants | |

On this day came on to be considered the parties' stipulation to extend the time for Plaintiff to file the Amended Complaint, and the Court, having found good cause, does hereby

ORDER that the deadline for filing the Amended Complaint is extended by an additional 45 days. Plaintiff shall file the Amended complaint on or before May 28, 2024.

Dated:  April 8, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
medl0227.36ac.3

- 1 –
STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR FILING AMENDED COMPLAINT
NO. 2:22-CV-00227-DJC-DB