IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THEODORA MEDLEY,<br><br>               Plaintiff,<br><br>v.<br><br>S. PFITZER, et al.,<br><br>               Defendants. | 2:22-cv-00227-DJC-SCR<br><br>**ADMINISTRATIVE MOTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION REQUESTING THAT THE CURRENT RESPONSIVE PLEADING BE VACATED PENDING SERVICE OF OPERATIVE COMPLAINT ON UNREPRESENTED DEFENDANTS**<br><br>Judge:    The Honorable Sean C. Riordan<br>Action Filed: 3/23/2021 |

Defendants request that the current deadline to file a responsive pleading be vacated and the Court serve a Civil Summons in accordance with the Eastern District's e-service agreement with CDCR. Defendants request that the responsive pleading deadline be established pursuant to the applicable rules following the service of the operative complaint. Good cause appearing, the request is granted. The current deadline to file a responsive pleading is VACATED and the Court

////

////

1

[Proposed] Order Granting Admin. Mot. to Vacate Pleading Schedule and for Service (2:22-cv-00227-DJN-SCR)

will issue a Civil Summons and a separate order regarding service of process.

Dated: January 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Admin. Mot. to Vacate Pleading Schedule and for Service (2:22-cv-00227-DJN-SCR)