# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORA MEDLEY, | No. 2:22-cv-00227 DJC SCR P |
| Plaintiff, | |
| v. | |
| S. PFITZER, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Theodora Medley, CDCR # P-94312, a necessary and material witness in a settlement conference in this case on July 28, 2025, is confined in the California Substance Abuse Treatment Facility and State Prison (SATF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Sacramento, 100 Prison Road, Represa, California 95671, on Monday, July 28, 2025 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Substance Abuse Treatment Facility and State Prison at (559) 992-7101 or via email and a courtesy copy to the Litigation Office at California State Prison, Sacramento at (916) 294-3072 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SATF, P. O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above titled case, shall accompany the inmate.

////

////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 11, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE