UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORA MEDLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. PFITZER, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-0227 DJC SCR P<br><br>ORDER REFERRING CASE TO POST-SCREENING EARLY ADR AND STAYING CASE |

　　　　Plaintiff is a state prisoner, proceeding without counsel. At least one defendant has waived service of process.

　　　　The undersigned is referring all post-screening civil rights cases filed by pro se state inmates to Post-Screening Early ADR (Alternative Dispute Resolution) in an effort to resolve such cases more expeditiously and less expensively. Defense counsel from the Office of the California Attorney General has agreed to participate in Early ADR. No defenses or objections shall be waived by their participation.

　　　　As set forth in the screening order, plaintiff has stated a potentially cognizable civil rights claim. Moreover, the undersigned has set a settlement conference in this matter for July 28, 2025, at California State Prison, Sacramento. (See ECF No. 114.) Thus, the court stays this action to allow the parties to investigate plaintiff's claims, meet and confer, and participate in the scheduled settlement conference. If the case does not settle, the court will set a date for the filing

1

of a responsive pleading by separate order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is stayed to allow the parties an opportunity to settle their dispute before the discovery process begins. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but the parties may elect to engage in informal discovery.

2. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

3. The parties remain obligated to keep the court informed of their current addresses at all times during the stay and while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." See L.R. 182(f).

DATED: July 14, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE